UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

JAN 2 2 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:26-CR-18-CHB
21 U.S.C. § 841(a)(1)

**ANDREW D. BILLINGSLEA**

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about November 16, 2025, in Pike County, in the Eastern District of Kentucky,

**ANDREW D. BILLINGSLEA**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

**FOREPERSON**

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**     Mandatory special assessment of $100.